EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Medidas Judiciales ante situación de emergencia de salud por el Covid-19 | 2020 TSPR 33<br><br>204 DPR \_\_\_\_\_ |
|---|---|

Número del Caso:  EM-2020-05

Fecha:  26 de marzo de 2020

Materia:  Extensión de Términos Judiciales.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re:*<br><br>Medidas Judiciales ante situación de emergencia de salud por el Covid-19 | EM-2020-05 | Extensión de Términos Judiciales |

RESOLUCIÓN

En San Juan, Puerto Rico, a 26 de marzo de 2020.

El 12 de marzo de 2020 la Gobernadora de Puerto Rico, Hon. Wanda Vázquez Garced, decretó un estado de emergencia por la amenaza que representa la pandemia mundial por la propagación de COVID-19 (coronavirus). Como medida adicional, el 15 de marzo de 2020, la Gobernadora de Puerto Rico emitió una Orden Ejecutiva decretando un cierre total y toque de queda que aplica a entes gubernamentales y privados, con ciertas exclusiones. La Orden Ejecutiva tendría vigencia desde el 16 de marzo hasta el 30 de marzo de 2020.

El mismo 15 de marzo de 2020 el Poder Judicial anunció el cierre de operaciones, y suspendió todas las vistas y asuntos citados en los tribunales del país hasta el 30 de marzo de 2020. Se dispuso que durante este periodo, sólo se atenderán asuntos urgentes como vistas de causa para arresto (Regla 6), órdenes de protección, solicitudes de traslado de menores fuera de la jurisdicción, otros asuntos de familia y menores de carácter urgente, y órdenes de ingreso involuntario a la luz de la Ley de Salud Mental, para nombrar algunos. El 16 de marzo de 2020 resolvimos extender hasta el 15 de abril de 2020 "[c]ualquier término que ven[ciera] durante las fechas del 16 de marzo de 2020 hasta el 14 de abril de 2020". In re Medidas Judiciales ante situación de emergencia de salud por el COVID-19, EM-2020-03.

Hoy, la Gobernadora de Puerto Rico decretó la extensión de las medidas de cierre total y toque de queda adoptadas el 15 de marzo de 2020 hasta el 13 de abril de 2020.

Conforme nuestra facultad para reglamentar los procedimientos judiciales al computar los términos en las distintas leyes, reglas o reglamentos que aplican a los procedimientos judiciales, se decreta que cualquier término que venza durante las fechas del 16 de marzo de 2020 hasta el 26 de abril de 2020, se extenderá hasta el lunes, 27 de abril de 2020. Esta determinación aplica a cualquier plazo instruido por orden judicial que venza entre estas fechas.

Se ordena la difusión inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

El Juez Asociado, señor Martínez Torres, está conforme y reitera las expresiones hechas en la resolución de 16 de marzo de este año.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo